UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>LATAM Airlines Group S.A. | )<br>)<br>)   Case No. 22-cv-04158 (RA)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING MOTION TO STAY BRIEFING OF APPEAL PENDING RESOLUTION OF CHAPTER 11 CASES**

This matter comes before the Court based on the *Agreed Motion to Stay Briefing on the Merits of the Above-Captioned Appeal Pending Resolution of Chapter 11 Cases* [Docket No. 3] (the "Motion") seeking a stay of briefing pending the resolution of the Chapter 11 cases under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, and Rules 8013 and 8018(a) of the Federal Rules of Bankruptcy Procedure. It appearing that good cause exists for granting such Motion, it is HEREBY ORDERED THAT:

1. The motion is granted as set forth below.

2. All briefing in this bankruptcy appeal is stayed pending consummation of the settlement between the parties. Opening briefs, if required, are due 30 days after the earlier of the termination of the Backstop Agreements or the termination of the Debtors' Seventh Revised Joint Plan of Reorganization in the Chapter 11 cases, as set forth in the Motion.

3.    Appellant shall report to the Court 90 days from the date of the entry of this order, (and, as needed, in 90 increments thereafter) to inform the Court of the progress made toward satisfaction of the contingencies to the parties' settlement.

SO ORDERED

Dated: May 26, 2022
      New York, New York

_____
Ronnie Abrams
United States District Judge